UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 20-62004-CIV-SMITH/VALLE

ROBERT DESANTIS, *et al.*,

    Plaintiffs,

v.

"BLACKENED DOLPHIN,"
hull number HEH35042J304, *in rem*, and
VINCENT ATWOOD, *in personam*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 47], in which the Magistrate Judge recommends granting in part Plaintiffs' Supplemental Motion for Award of Attorney's Fees, Costs, and Additional Expenses [DE 39]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

    **ORDERED** that

1. The Report and Recommendation [DE 47] is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Supplemental Motion for Award of Attorney's Fees, Costs, and Additional Expenses [DE 39] is **GRANTED IN PART**. Plaintiff is awarded $32,032.89 in attorneys' fees, $2,500 in additional costs incurred for Coastal Marine, and $11,226.77 in *Custodia legis* expenses incurred through July 2021.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 15th day of March, 2022.

										_____
										RODNEY SMITH
										UNITED STATES DISTRICT JUDGE

cc: Counsel of record